JS 44 (Rev 06/17) **EGS** **CIVIL COVER SHEET** 5·19-2347

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM )*

**19  2347**

### I. (a) PLAINTIFFS
GINA SNYDER

### DEFENDANTS
CBC Transport, LLC and Cirineu Farias

**(b)** County of Residence of First Listed Plaintiff   Philadelphia, PA
*(EXCEPT IN U S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Mercer, NJ
*(IN U S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael O Pansini, Esq.    Pansini & Mezrow
1525 Locust Street, 15th Floor, Philadelphia, PA 19145
215-732-5555

Attorneys *(If Known)*
David R Friedman, Esq    Forry Ullman
150 South Warner Road, Suite 450, King of Prussia, PA 19406
610-977-2975

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U S Government Plaintiff
- ☐ 2 U S Government Defendant
- ☐ 3 Federal Question *(U S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
28 U S C §1332
Brief description of cause
Diversity Jurisdiction & Amount in Excess of $75,000 00

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P
**DEMAND $**
CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____    DOCKET NUMBER _____

DATE  5/16/19
SIGNATURE OF ATTORNEY OF RECORD

MAY 20 2019

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG JUDGE

MAY 20 2019



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19   2347

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __2255 South Croskey Street, Philadelphia, PA  19145__

Address of Defendant: __31 Winder Avenue, Trenton, NJ  08609__

Place of Accident, Incident or Transaction: __PA Turnpike SR476, Lower Milford Township, Pennsylvania__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above

DATE: __5/30/19__   _____   __76494__
                    Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify)* _____

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☑ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*: _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
       *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __David R. Friedman__, counsel of record or pro se plaintiff, do hereby certify

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought.

MAY 20 2019

DATE: __5/10/19__   _____   __76494__
                    Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ. 609 (5/2018)

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA SNYDER, | : | |
|       *Plaintiff* | : | CIVIL ACTION -LAW |
| | : | |
| v. | : | |
| | : | NO. **19 2347** |
| CBC TRANSPORT, LLC and CIRINEU FARIAS, | : | |
| | : | |
|       *Defendants* | : | JURY TRIAL DEMANDED |

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the Plaintiffs and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through § 2255.  ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage from Exposure to asbestos.  ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.  ( X )

5\16\19       David R. Friedman, Esquire       _____
Date       Attorney-at-law       Attorney for Defendants

610-977-2975       610-977-2980       dfriedman@forryullman.com
Telephone       Fax Number       E-Mail Address

(Civ. 660) 10/02       **MAY 20 2019**



Walnut Hill Plaza | 150 South Warner Road | Suite 450 | King of Prussia PA 19406
PH 610.977.2975 | FX 610.977.2980

# Forry|Ullman
Attorneys at Law

DAVID R. FRIEDMAN

DIRECT DIAL: 610-977-4106
E-MAIL: dfriedman@forryullman.com

May 16, 2019

Clerk of Courts
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      RE:  Gina Snyder v. CBC Transport, LLC and Cirineu Faras
            My File No. 604196
            Claim #173812148 / Date of Loss: 3/10/17
            Docket No. 190203059

To the Clerk:

Please allow this letter to advise that I have been retained by Progressive Insurance to represent CBC Transport, LLC and Cirineu Faras in the above matter.

Enclosed please find an original and two copies of Defendant's Notice of Removal and Disclosure Statement, as well as the following documents:

1. Designation Form
2. Case Management Track Form
3. Check in the amount of $400.00
4. a CD containing copies of the documents.

*[handwritten: Case Designation Not Signed]*

Kindly file the originals, time-stamp the copies and return a copy in the enclosed envelope. Should you have any questions, please give me a call.

Very truly yours,

*David R. Friedman*

DAVID R. FRIEDMAN

DRF/mc
Encl:
Cc:  Michael Pansini, Esquire

MAY 20 2019

Philadelphia • King of Prussia • Reading • Bethlehem
www.forryullman.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA SNYDER, | : | |
| *Plaintiff* | : | CIVIL ACTION -LAW |
| | : | |
| v. | : | |
| | : | NO.   19   2347 |
| CBC TRANSPORT, LLC and CIRINEU FARIAS, | : | |
| *Defendants* | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendants, CBC Transport, LLC and Cirineu Farias hereby file the following Notice of Removal, and in support of same states the following:

1. Defendant, Cirineu Farias is an adult individual and is a citizen of Burlington County, New Jersey. Defendant resides at 606 4th Street, Riverside, NJ 08075.

2. Defendant, CBC Transport, LLC is a New Jersey Corporation with its principal place of business located at 31 Winder Avenue, Trenton, NJ 08609. CBC Transport, LLC is a citizen of Mercer County, New Jersey.

3. Plaintiff, Gina Snyder is an adult individual and is a citizen of Philadelphia County, Pennsylvania. Plaintiff resides at 2255 South Croskey Street, Philadelphia, PA 19145.

4. The Plaintiff filed a Complaint against Defendants in the Court of Common Pleas of Philadelphia County, Pennsylvania on February 28, 2019. The Complaint was docketed at Philadelphia County Court of Common Pleas, No. 190203059. See Exhibit "A."

5. In her Complaint, Plaintiff seeks damages for personal injury as a result of a motor vehicle accident on March 10, 2017.

6. In her Complaint, Plaintiff alleges negligence. See Exhibit "A."

7. Plaintiff seeks damages in excess of Fifty Thousand Dollars ($50,000.00) in the

Complaint. Defendants are covered under a policy of insurance that has a total limit of One Million Dollars ($1,000,000.00). The amount in controversy exceeds the jurisdictional limit of Seventy-Five Thousand Dollars ($75,000.00).

8. Defendants are filing this Notice of Removal in that complete diversity of citizenship exists between Plaintiff, a citizen of Pennsylvania, and Defendants, citizens of New Jersey and the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00).

9. Removal is timely under U.S.C. § 1446(b) because less then thirty (30) days have elapsed since service of the Complaint on Defendants.

10. Defendants will give written notice of the Plaintiff, as required by 28 U.S.C. § 1416(d).

11. A copy of this Notice will be filed with the Prothonotary of Philadelphia County, as required by 28 U.S.C. 1446 § (d).

**FORRY ULLMAN**

BY: _____
DAVID R. FRIEDMAN, ESQUIRE
Attorney I.D. No. 76494
150 South Warner Road, Suite 450
King of Prussia, PA 19406
(P) 610-977-2975 / (F) 610-977-2980
dfriedman@forryullman.com

Dated: 5/16/19

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GINA SNYDER, | : | |
|     *Plaintiff* | : | CIVIL ACTION -LAW |
| | : | |
| v. | : | |
| | : | NO. |
| CBC TRANSPORT, LLC and CIRINEU FARIAS, | : | |
| | : | |
|     *Defendants* | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Notice of Removal was served upon the Plaintiff, by mailing the same to Plaintiff's attorney of record, via First Class United States Mail, postage pre-paid, addressed as follows:

> Michael O. Pansini, Esquire
> PANSINI & MEZROW
> 1525 Locust Street, 15th Floor
> Philadelphia, PA  19102

This statement is made subject to the penalties of 18 U.S.C. § 1621, relating to perjury.

Respectfully submitted,

FORRY ULLMAN

*[signature]*

DAVID R. FRIEDMAN, ESQUIRE
*Attorney for Defendants*
Attorney I.D. # 76494
150 South Warner Road, Suite 450
King of Prussia, PA 19406
(610) 977-2975

Dated: 5/16/19

## Court of Common Pleas of Philadelphia County
### Trial Division
# Civil Cover Sheet

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| GINA SNYDER | CBC TRANSPORT, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2255 S. CROSKEY STREET<br>PHILADELPHIA PA 19145 | 31 WINDER AVENUE<br>TRENTON NJ 08609 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | CIRINEU FARIAS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 606 4TH STREET<br>RIVERSIDE NJ 08075 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other | ☐ Mass Tort<br>☐ Savings Action | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2V - MOTOR VEHICLE ACCIDENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
|  |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>FEB 28 2019<br>M. BRYANT | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES      NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: GINA SNYDER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL O. PANSINI | PANSINI & MEZROW<br>1525 LOCUST ST |
| PHONE NUMBER | FAX NUMBER | 15TH FLOOR |
| (215)732-5555 | (215)732-7872 | PHILADELPHIA PA 19102 |
| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| 44455 | MPansini@pansinilaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| MICHAEL PANSINI | Thursday, February 28, 2019, 02:20 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

03/12/2019 TUE 16:40 FAX @003/011

**PANSINI & MEZROW**
BY: **MICHAEL O. PANSINI, ESQUIRE**
I.D. #44455
BY: **STEVEN M. MEZROW, ESQUIRE**
I.D. #43748
BY: **GREGORY J. KOWALSKI, ESQUIRE**
I.D. #84271
1525 Locust Street, 15th Floor
Philadelphia, PA 19102
(215) 732-5555



THIS IS A ... Filed ... by the ... records

**Attorney for Plaintiff**

| | |
|---|---|
| **GINA SNYDER**<br>2255 S. Croskey Street<br>Philadelphia, PA 19145<br><br>vs.<br><br>**CBC TRANSPORT, LLC**<br>31 Winder Avenue<br>Trenton, NJ 08608<br>and<br>**CIRINEU FARIAS**<br>606 4th Street<br>Riverside, NJ 08075 | **COURT OF COMMON PLEAS**<br>**COUNTY OF PHILADELPHIA**<br><br><br><br><br><br><br><br>NO. |

## CIVIL ACTION COMPLAINT
## 2V-MOTOR VEHICLE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VEINTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION. ADEMAS, LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociación de Licenciados de Filadelfia
Servicio de Referencia e Información Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 190203059

03/12/2019 TUE 16:40 FAX ☒004/011

| | |
|---|---|
| PANSINI & MEZROW<br>BY: MICHAEL O. PANSINI, ESQUIRE<br>I.D. #44455<br>BY: STEVEN M. MEZROW, ESQUIRE<br>I.D. #43746<br>BY: GREGORY J. KOWALSKI, ESQUIRE<br>I.D. #84271<br>1525 Locust Street, 15th Floor<br>Philadelphia, PA 19102<br>(215) 732-5555 | THIS IS A MAJOR JURY<br><br><br><br><br><br><br><br>Attorney for Plaintiff |
| GINA SNYDER<br>2255 S. Croskey Street<br>Philadelphia, PA 19145<br><br>vs.<br><br>CBC TRANSPORT, LLC<br>31 Winder Avenue<br>Trenton, NJ 08609<br>and<br>CIRINEU FARIAS<br>606 4th Street<br>Riverside, NJ 08075 | COURT OF COMMON PLEAS<br>COUNTY OF PHILADELPHIA<br><br><br><br><br><br><br><br><br><br>NO. |

## CIVIL ACTION COMPLAINT
## 2V - MOTOR VEHICLE

1. Plaintiff, GINA SNYDER, is an adult individual residing at 2255 S. Croskey Street, Philadelphia, PA 19145.

2. Defendant, CBC TRANSPORT, LLC is a corporation and/or foreign corporation, which at all times relevant hereto engaged in business in Philadelphia County, on a regular, systematic, continuous and substantial basis with offices for service of process at 31 Winder Avenue, Trenton, New Jersey 08609.

3. Defendant, CIRINEU FARIAS, is an adult individual residing at 606 4th Street, Riverside, NJ 08075 with addresses at 7736 33rd Way NE, Lacey, Washington 98516 and 31 Winder Avenue, Trenton, New Jersey 08609.

03/12/2019 TUE 16:40   FAX                                                                     ☒006/011

4.     At all times material hereto, the Defendants, CBC TRANSPORT, LLC., by and through its agents, servants, workmen and/or employees, including CIRINEU FARIAS, acting in the course of their employment and within the scope of their authority with the said Defendant and in furtherance of said Defendant's business, owned, operated, maintained, serviced, controlled, supervised, and possessed the tractor trailer involved in the accident hereinafter described.

5.     At all times relevant hereto Defendant, CBC TRANSPORT, LLC., was and is in the business of trucking and/or transporting goods.

6.     At all times material hereto Defendant, CBC TRANSPORT, LLC., has engaged in a practice of placing corporate profits over public safety to transport products as quickly as possible, putting the safety of motorists second to the financial interests of said Defendant.

7.     At all times relevant hereto Defendant, CBC TRANSPORT, LLC., enforced a policy which recklessly disregarded the interests of motorists on the roadway by pressuring that its trucks and drivers deliver products as quickly as possible in reckless disregard of the safety of motorists on the roadway.

8. On or about the 10th day of March, 2017, Defendant, CIRINEU FARIAS, while acting in the course of his employment for Defendant, CBC TRANSPORT, LLC., and while acting within the scope of his authority and in furtherance of said Defendant's business, operated, maintained, controlled, and possessed the tractor trailer which was owned, leased or otherwise possessed by Defendant, CBC TRANSPORT, LLC., which was involved in the accident hereinafter described.

9. On or about the 10th day of March, 2017, Plaintiff, GINA SNYDER, was lawfully operating a motor vehicle which she owned.

10. On the aforesaid date, the Defendant, CBC TRANSPORT, LLC., vehicle was being operated by Defendant, CIRINEU FARIAS on Pennsylvania Turnpike SR476 in Lower Milford Township, Pennsylvania, when it was so carelessly, recklessly, and/or negligently operated and controlled that it was caused to be involved in a crash with the vehicle which Plaintiff, GINA SNYDER, was operating.

11. By reason of the aforesaid carelessness, negligence and recklessness hereinafter described of the Defendant, CBC TRANSPORT, LLC., Plaintiff, GINA SNYDER, suffered severe and permanent injuries to her head, neck, back, hips, arms and legs; she also sustained severe and permanent injuries to the bones, muscles, tendons, ligaments, nerves and tissues of her head, neck, back, hips, arms and legs; including but not limited to post-traumatic headaches, cervical, upper chest and abdomen injuries. The Plaintiff, GINA SNYDER, suffered internal injuries of an unknown nature; she suffered severe aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The Plaintiff, GINA SNYDER, believes and therefore avers that her injuries are permanent in nature.

12. As a result of the aforesaid occurrence, the Plaintiff, GINA SNYDER, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large

3

Case ID: 190203059

sums of money for medicine and medical attention and may be required to expend additional sums for the same purposes in the future.

13. As a result of the aforesaid occurrence, the Plaintiff, GINA SNYDER, has been prevented from attending to her usual and daily activities and duties, and may be so prevented for an indefinite time in the future, all to her great detriment and loss.

14. As a result of the aforesaid occurrence, the Plaintiff, GINA SNYDER, has suffered physical pain, mental anguish and humiliation and she may continue to suffer same for an indefinite period of time in the future.

## COUNT I
## GINA SNYDER V. CBC TRANSPORT, LLC.

15. Plaintiff, GINA SNYDER, incorporates by reference and makes a part hereof the preceding paragraphs of this Complaint as though fully set forth herein at length.

16. The carelessness, recklessness, and/or negligence of the Defendant, CBC TRANSPORT, LLC., consisted of the following:

(a) hiring inexperienced drivers;

(b) failing to properly maintain said vehicle, including but not limited to the tractor-trailer's safety, drive and brake systems;

(c) failing to properly perform pre-trip and post-trip inspections of said vehicle including but not limited to inspection of the vehicle's safety, drive and brake systems;

(d) failing to properly train CIRINEU FARIAS in the performance of safety inspections, and the operation and use of said vehicle;

(e) failing to properly supervise CIRINEU FARIAS;

4

Defendants, solely, jointly and severally in an amount in excess of Fifty Thousand ($50,000.00) Dollars but not in excess of Seventy Five Thousand ($75,000.00) Dollars, plus delay damages, punitive damages, interest, costs, and damages as permitted by law.

## COUNT II
### GINA SNYDER V. CIRINEU FARIAS

19. Plaintiff, GINA SNYDER, incorporates by reference and makes a part hereof the preceding paragraphs of this Complaint as though fully set forth herein at length.

20. The carelessness, negligence and/or recklessness of Defendant, CIRINEU FARIAS, consisted of the following:

  (a) operating said motor vehicle at an excessive rate of speed under the circumstances;

  (b) failing to have said motor vehicle under proper and adequate control at the time of the accident;

  (c) failing to apply his vehicle's brakes in time to avoid a collision;

  (d) failing to give proper and sufficient warning of the approach of said motor vehicle;

  (e) failing to pay attention while operating said motor vehicle;

  (f) disregarding a steady red traffic signal under the circumstances;

  (g) operating said motor vehicle in a reckless manner without due regard for the rights and safety of those lawfully upon the highway, one of whom was the Plaintiff, GINA SNYDER, at the point aforesaid;

  (h) failing to operate his motor vehicle in a safe and proper manner at the time and location at issue;

  (i) failing to comply with the laws, rules and regulations of

6

Case ID: 190203059

the Pennsylvania Motor Vehicle Code, the statutes of the Commonwealth of Pennsylvania and the ordinances of Milford Township;

(j) violating 75 Pa.C.S.A. §3714 pertaining to careless driving;

(k) violating 75 Pa.C.S.A. §3736 pertaining to reckless driving; and

(l) failing to maintain the vehicle such that the rear-brake linings were contaminated by oil.

21. The negligence, carelessness, and/or recklessness of the Defendant, CIRINEU FARIAS, increased the risk of harm to Plaintiff, GINA SNYDER, thereby causing injuries and damages suffered by Plaintiff as set forth above.

22. As a result of the negligence, carelessness, and/or recklessness of the Defendant, CIRINEU FARIAS, the Plaintiff, GINA SNYDER, suffered the injuries and damages as set forth above.

WHEREFORE, Plaintiff, GINA SNYDER, demands judgment against the Defendant, solely, jointly and severally in an amount in excess of Fifty Thousand ($50,000.00) Dollars but not in excess of Seventy Five Thousand ($75,000.00) Dollars, plus delay damages, punitive damages, interest, costs, and damages as permitted by law.

Respectfully submitted,

PANSINI & MEZROW

DATE: __February 28, 2019__      BY: __/s/ MICHAEL O. PANSINI__
                                                    MICHAEL O. PANSINI, ESQUIRE
                                                    STEVEN M. MEZROW, ESQUIRE
                                                    GREGORY J. KOWALSKI, ESQUIRE
                                                    Attorneys for Plaintiff

7

09/12/2019 TUE 16:42 FAX ☒011/011

## VERIFICATION

I, GINA SNYDER, state that I am the within named Plaintiff and that the facts set forth in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

X _____
GINA SNYDER

DATED: 2/28/19

Case ID: 190203059